IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CV-16-474-PHX-DGC

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.___).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Sherr-Una Booker

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   New York

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    __Georgia__

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    __Georgia__

7. District Court and Division in which venue would be proper absent direct filing:

    __Northern District of Georgia, Atlanta Division__

8. Defendants (check Defendants against whom Complaint is made):

    [X] C.R. Bard Inc.

    [X] Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    [X] Diversity of Citizenship

    [ ] Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    [ ] Recovery® Vena Cava Filter

    [X] G2® Vena Cava Filter

 ☐ G2® Express (G2®X) Vena Cava Filter

 ☐ Eclipse® Vena Cava Filter

 ☐ Meridian® Vena Cava Filter

 ☐ Denali® Vena Cava Filter

 ☐ Other: _____

11. Date of Implantation as to each product:

_6/21/2007_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

 ☒ Count I: Strict Products Liability – Manufacturing Defect

 ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

 ☒ Count III: Strict Products Liability – Design Defect

 ☒ Count IV: Negligence - Design

 ☒ Count V: Negligence - Manufacture

 ☒ Count VI: Negligence – Failure to Recall/Retrofit

 ☒ Count VII: Negligence – Failure to Warn

 ☒ Count VIII: Negligent Misrepresentation

 ☒ Count IX: Negligence *Per Se*

 ☒ Count X: Breach of Express Warranty

 ☒ Count XI: Breach of Implied Warranty

 ☒ Count XII: Fraudulent Misrepresentation

☐  Count XIII:   Fraudulent Concealment

☐  Count XIV:   Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐  Count XV:   Loss of Consortium

☐  Count XVI:   Wrongful Death

☐  Count XVII: Survival

☒  Punitive Damages

☐  Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this 19th day of February, 2016.

> WATKINS, LOURIE, ROLL & CHANCE, PC
>
> By: _____
> Robin P. Lourie
> 3348 Peachtree Road, NE
> Suite 1050, Tower Place 200
> Atlanta, GA  30326
> (404) 760-7400 - P
> (404) 760-7409 - F
>
> ATTORNEYS FOR PLAINTIFFS

I hereby certify that on this 19th day of February, 2016, I mailed the attached document to the Clerk's Office for filing.

_____
Robin P. Lourie

-5-