IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL15-2641 PHX DGC |
| Sherr-Una Booker, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C. R. Bard, Inc., a New Jersey corporation and Bard Peripheral Vascular, Inc., an Arizona corporation,<br><br>Defendants. | CV16-00474-PHX-DGC<br><br>**ORDER FOR RELEASE OF SUPERSEDEAS BOND** |

The Court has considered the motion filed by Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. seeking an Order to discharge and release the supersedeas bond. Doc. 21747.

**IT IS ORDERED** that Defendants' motion (Doc. 21747) is **granted.**

1. The supersedeas bond posted by Bard in this case (Doc. 11935-1) is hereby fully and unconditionally **discharged and released.**

2. Defendants C. R. Bard Inc., and Bard Peripheral Vascular, Inc., as principal, and Liberty Mutual Insurance Company, as surety, along with each of their parents, affiliates, and subsidiaries, are hereby **released** from any and all past, present, and future liability under said bond.

3. The Clerk is directed to release and return the supersedeas bond to counsel for

Defendants.

Dated this 8th day of January, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge